**Opinion filed July 3, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00167-CR

_____

## EX PARTE KODY DOUGLAS TAYLOR

**Original Habeas Corpus Proceeding**

## M E M O R A N D U M   O P I N I O N

Kody Douglas Taylor has filed in this court an application for writ of habeas corpus to set bail pending appeal. In the application, Taylor requests that this court set bail so that he can be released from jail while his appeal from a conviction of a state jail felony is pending in this court.[1] We dismiss for want of jurisdiction.

An intermediate appellate court "does not possess original habeas corpus jurisdiction of a bail issue" in a criminal case. *Ortiz v. State*, 299 S.W.3d 930, 932 (Tex. App.—Amarillo 2009, no pet.); *see In re Spradley*, No. 12-10-00011-CR, 2010 WL 702252 (Tex. App.—Tyler Feb. 26, 2010, orig. proceeding) (mem.

---

[1]That appeal is pending in this court under our Cause No. 11-14-00094-CR.

op., not designated for publication); *Ex parte Enriquez*, 2 S.W.3d 362 (Tex. App.—Waco 1999, orig. proceeding); *see also* TEX. CONST. art. V, §§ 5, 6. We can find no authority that would permit this court to exercise original jurisdiction to set bail pending the appeal of Taylor's conviction. Consequently, we dismiss Taylor's application for writ of habeas corpus.

This proceeding is dismissed for want of jurisdiction.

PER CURIAM

July 3, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.